UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

CADENCE BANK, N.A.,
a national banking association,

      Plaintiff,

v.                                                                                                                                    4:12cv38-WS

MANAUSA HOLDINGS, LLC,
et al.,

      Defendants.

_____

## O R D E R

Before the court are the plaintiff's motion for summary judgment (doc. 80) and Michelle Manausa's response (doc. 86) in opposition thereto. Manausa's response was filed before this court denied her motion to amend her answer to add new affirmatives defenses. Because her summary judgment response is based largely on those now-disallowed affirmative defenses, Michelle Manausa shall be given the opportunity to amend her response to the plaintiff's summary judgment motion.

Accordingly, it is ORDERED:

Michelle Manausa shall have up to and including March 28, 2014, to file an amended response to the plaintiff's motion for summary judgment.

DONE AND ORDERED this    17th    day of    March   , 2014.


s/ William Stafford
WILLIAM STAFFORD
SENIOR UNITED STATES DISTRICT JUDGE